# Form 416D  Caption for Use in Adversary Proceeding

# United States Bankruptcy Court

NORTHERN  District Of  ILLINOIS

In re  BRUCE CARLSON,

Debtor

BRUCE CARLSON,

Plaintiff

UNITED STATES DEPARTMENT OF EDUCATION,

Defendant

Case No. 19-11128

Chapter 7

Adv. Proc. No. _____

## COMPLAINT [or other designation]

ALLOW TO DISCHARGE STUDENT LOANS OF PARENTS

[If in a Notice of Appeal and Statement of Election (see Form 417A) or other notice filed and served by the debtor, the caption must be altered to include the debtor's address and Employer's Tax Identification Numbers(s) or last four digits of Social Security Number(s) as in Form 416A]

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 17 2019

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

## JURISDICTION AND THE PARTIES

This Court has jurisdiction because the Plaintiff's Bankruptcy is filed under 28 U.S.C. § 1334 as a Chapter 7 action.

Plaintiff, Bruce Carlson, is an individual living in Vernon Hills, IL, who filed Chapter 7 bankruptcy on April 18, 2019, in case number 19-11128. Carlson's Parent Loan educational debts to defendant are collectively referred to as "student loans" in this complaint.

Defendant, United States Department of Education is an agency of the United States. Carlson owes approximately $283,208 to defendant.

Venue is proper because Carlson resides in this District and filed his bankruptcy here.

## CLAIM

Carlson's discharge request falls under the core proceeding of U.S. Bankruptcy Code 11§523(a)(8).

This complaint's facts are based on personal living conditions that are not expected to change before Carlson dies and presents an impossibly undue hardship to continue to try and pay his debt.

## FACTUAL STATEMENTS

Carlson cannot maintain a minimal standard of living as it is and certainly not at all if required to repay his Parent student loans to defendant. Carlson is unemployed. His only income is food stamps. He does

not smoke, drink liquor, or do drugs of any type. He enjoys no money or the spending of money on anything other than standard minimal living and eating expenses. He has no assets or income at all at this time to repay his student loans. He is never anticipated to be able to pay his student loans with defendant.

He is not aware that he qualifies for any job training programs. He is a felon. He is approaching 70 years old. He lives at various places and is sometimes homeless.

It is impossible to ever pay this debt and with this statement, Carlson apologizes and asks for full forgiveness of the debt.

**WHEREFORE**, Carlson requests an order determining Carlson's debts to defendant be discharged under 11 U.S.C. § 523(a)(8).

RESPECTFULLY FILED,

_____
Bruce Carlson, pro se
224 475 7500

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br><br>BRUCE CARLSON | **DEFENDANTS**<br><br>UNITED STATES DEPARTMENT OF EDUCATION |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br><br>PRO SE | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>X Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>X Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

ACTION TO ALLOW BANKRUPTCY DISCHARGE OF PARENT STUDENT LOANS UNDER 11 U.S.C. § 523 (a)(8).

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
X 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS SIPA Case - 15 U.S.C. §§78aaa et seq.

[Stamp: JEFFREY ALLSTEAD INTAKE 1 CLERK]
[Stamp: FILED JUN 17 2019 UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS]

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand  $280,067.40+ |
| Other Relief Sought | |

**B1040 (FORM 1040) (12/15)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||
|---|---|
| NAME OF DEBTOR<br>BRUCE CARLSON | BANKRUPTCY CASE NO.<br>19-11128 |
| DISTRICT IN WHICH CASE IS PENDING<br>NORTHERN DISTRICT OF ILLINOIS | DIVISION OFFICE | NAME OF JUDGE<br>BENJAMIN GOLDGAR |

| RELATED ADVERSARY PROCEEDING (IF ANY) |||
|---|---|---|
| PLAINTIFF<br>BRUCE CARLSON | DEFENDANT<br>UNITED STATES DEPT OF EDUCATION | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE<br>BENJAMIN GOLDGAR |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) ||
|---|---|
| *[signature]* ||
| DATE<br>JUNE 15, 2019 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>BRUCE CARLSON |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.