UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: BRUCE THOMAS CARLSON, | ) | No. 19-11128 |
| | ) | |
| Debtor. | ) | Chapter 7 |
| BRUCE CARLSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19-763 |
| | ) | |
| v. | ) | Judge Goldgar |
| | ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE that on December 20, 2019, at 12:00 p.m., at the opening of court or as soon thereafter as counsel may be heard, I will appear before Judge Goldgar at Park City Branch Court, Courtroom B, 301 S. Greenleaf Avenue, Park City, Illinois, 60085, or before such other judge who may be sitting in his place and stead, and then and there present the Agreed Motion to Reschedule Hearing and Hold Future Hearings in Chicago, at which time and place you may appear if you see fit.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ David H. DeCelles
DAVID H. DeCELLES
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4220
david.decelles@usdoj.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: BRUCE THOMAS CARLSON, | ) | No. 19-11128 |
| | ) | |
| Debtor. | ) | Chapter 7 |
| BRUCE CARLSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19-763 |
| | ) | |
| v. | ) | Judge Goldgar |
| | ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO RESCHEDULE
HEARING AND HOLD FUTURE HEARINGS IN CHICAGO**

The United States Department of Education (Education), by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, with the agreement of plaintiff Bruce Carlson, requests that future hearings in this adversary proceeding be held at the Everett McKinley Dirksen United States Courthouse in Chicago, instead of in Park City, and states as follows:

1. The initial status hearing in this adversary proceeding was held on September 20, 2019, in Park City. Dkt. 3. The next status hearing is currently scheduled for December 20, 2019, in Park City. Dkt. 7.

2. Plaintiff Carlson contacted Education's counsel and requested that the next status hearing be held on a Wednesday or Thursday in Chicago. According to Carlson, the currently scheduled status hearing on December 20 conflicts with his new job because he works on Fridays. The Chicago location is also more convenient for Education's counsel, since his office is in the Chicago courthouse.

3.      Accordingly, Education, with the agreement of Carlson, requests that the court reschedule the next status hearing for December 18, 2019, at 10:00 a.m., cancel the December 20 status hearing, and set all future hearings at the Everett McKinley Dirksen United States Courthouse in Chicago.

WHEREFORE, Education requests that the court reschedule the next status hearing for December 18, 2019, at 10:00 a.m., and set all future hearings in Chicago.

        Respectfully submitted,

        JOHN R. LAUSCH, Jr.
        United States Attorney

        By: s/ David H. DeCelles
            DAVID H. DECELLES
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois 60604
            (312) 353-4220
            david.decelles@usdoj.gov

## **Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, L.R. 7005-1, and the Administrative Procedures for the Case Management/Electronic Case Filing System, the following document:

AGREED MOTION TO RESCHEDULE
HEARING AND HOLD FUTURE HEARINGS IN CHICAGO

was sent by first-class mail and e-mail on December 12, 2019, to the following non-ECF filer:

Bruce Carlson
103 Asheville Court
Vernon Hills, Illinois 60061
bruce@wexsite.com

                                                s/ David H. DeCelles
                                                DAVID H. DECELLES
                                                Assistant United States Attorney
                                                219 South Dearborn Street
                                                Chicago, Illinois 60604
                                                (312) 353-4220
                                                david.decelles@usdoj.gov